IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDICE CHAPMAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-125-WKW |
| | ) |
| THE CITY OF CLANTON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the court is Plaintiffs' unopposed motion to extend deadlines. (Doc. # 58.) Upon consideration of the motion and the procedural posture of this case, the court concludes that Plaintiffs have shown good cause for amending the deadlines previously set by the scheduling order. (Doc. # 32.)

Accordingly, it is ORDERED that Plaintiffs' unopposed motion to extend deadlines (Doc. # 58) is GRANTED. This case and all deadlines in the scheduling order (Doc. # 32) are STAYED pending further orders of the court.

The pretrial conference, previously set for July 7, 2016, (Doc. # 36) is CONTINUED generally. The trial, previously set for August 15, 2016 (Doc. # 32; Doc. # 36) is CONTINUED generally.

DONE this 1st day of April, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE