IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CANDICE CHAPMAN, MICHAEL LITTLEFIELD, STEDMAN KINE, DEANGELO BARNETT, TRACY DUBOSE,** individually and for a class of similarly situated persons or entities. ) ) ) ) ) ) | |
| **Plaintiffs;** ) | |
| v. ) ) | **CIVIL ACTION NO: 2:15-cv-125 -RCL** |
| **THE CITY OF CLANTON,** a municipal corporation; **JUDICIAL CORRECTION SERVICES, LLC.,** a limited liability company, f/d/b/a **JUDICIAL CORRECTION SERVICES, INC.; CHC COMPANIES, INC.,** a corporation; and **CORRECT CARE SOLUTIONS, LLC,** a limited liability company. ) ) ) ) ) ) ) ) | **CLASS ACTION** |
| **Defendants.** ) | |

## PLAINTIFFS' MOTION TO LIFT STAY

Come now the Plaintiffs in the above-styled cause and submit this Motion to Lift the Stay, which is currently operative in this case. (Doc. 59) In support thereof, the Plaintiffs state as follows:

1.      On April 1, 2016, this Court entered an Order Staying all deadlines in the scheduling order (Doc. 59) pending further orders of the Court. This Order also continued the pretrial conference (Doc. 36) which was set for July 7, 2016 and the trial (Doc. 32 & Doc. 36) which was set for August 15, 2016 generally.

2.      On April 13, 2016, the Court entered an Order (Doc. 61) further clarifying its Order of April 1st stating: "It is now apparent from Defendant's motion to stay discovery (Doc. # 60) that the following clarification is necessary: Pursuant to the April 1, 2016 Order (Doc. # 59), this case, including discovery, and all deadlines in the scheduling order (Doc. # 32) are STAYED pending

further orders of the court. Accordingly, it is ORDERED that Defendant's motion to stay discovery (Doc. # 60) is DENIED as MOOT."

3. On April 27, 2016, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint. (Doc. 64) which this Court granted on December 15, 2016. (Doc. 73)

4. On December 15, 2016, Plaintiffs filed their Second Amended Complaint. (Doc. 74)

5. Defendants Filed Motions to Dismiss Plaintiffs' Second Amended Complaint (Docs. 79, 82, 86) and on April 25, 2017, this Court entered an Order denying Defendants' Motions to Dismiss allowing Plaintiffs' claims 1-10 to proceed. (Doc. 101)

6. On April 27, 2017, Plaintiffs' Counsel contacted all defense counsel to arrange a meet and confer session to discuss a new proposed scheduling order. (Exhibit 1).

7. Defense Counsel declined Plaintiffs' counsel's invitation to participate in any Rule 26, insisting instead that it should be delayed until after they had filed an answer. Similarly, defense counsel insisted that the current stay was in place but agreeing amongst themselves to file a joint motion to lift the stay on May 19th - after their answers had been filed. (Exhibit 2)

8. Plaintiffs' counsel reminded Defense Counsel that Rule 26 requires parties to meet and confer "as soon as practicable" without relation to requirements to file an answer. (Exhibit 2)

9. Unfortunately, Defense Counsel remains resolute in its position.

10. Plaintiffs request that this Court lift the stay of discovery, and order the parties to confer pursuant to the requirements of Rule 26.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court, upon consideration of this Motion, will lift the stay and order the parties to meet to confer on discovery

issues pursuant to Rule 26(f).

                                       RESPECTFULLY SUBMITTED,

                                       s/ G. Daniel Evans
                                       G. Daniel Evans
                                       ASB-1661-N76G
                                       Alexandria Parrish
                                       ASB-2477-D66P
                                       Maurine C. Evans
                                       ASB-4168-P16T
                                       Attorneys for the Plaintiffs
                                       The Evans Law Firm, P.C.
                                       1736 Oxmoor Road, Suite 101
                                       Birmingham, Alabama 35209
                                       Telephone:  (205) 870-1970
                                       Fax: (205) 870-7763
                                       E-Mail: gdevans@evanslawpc.com
                                       E-Mail: ap@evanslawpc.com
                                       E-Mail: mevans@evanslawpc.com

                                       William M. Dawson
                                       ASB-3976-S80W
                                       Attorney for the Plaintiffs
                                       Dawson Law Office
                                       1736 Oxmoor Road
                                       Birmingham, Alabama 35209
                                       Telephone:  205-795-3512
                                       E-Mail:  bill@billdawsonlaw.com

                                       Matt Swerdlin
                                       ASB-9090-M74S
                                       1736 Oxmoor Road
                                       Birmingham, AL 35209
                                       Phone: 205-795-3517
                                       Mobile: 205-440-3214
                                       Email: matt@attorneyswerdlin.com

                                       Joseph Mitchell McGuire
                                       ASB-8317-S69M
                                       McGuire and Associates

31 Clayton Street
Montgomery, AL 36104
Phone: 334-517-1000

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, I electronically filed the foregoing Plaintiffs' Motion to Lift Stay with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Porter, II
R. Warren Kinney
Porter, Porter & Hassinger, P.C.
P.O. Box 128
Birmingham, AL 35201-0128

Will Hill Tankersley
Gregory C. Cook
L. Conrad Anderson IV
Chase T. Espy
Balch & Bingham LLP
1901 6th Ave. N., Ste. 1500
Birmingham, AL 35203

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE, JORDAN, RATLIFF and
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

Lane Finch
Brian C. Richardson
SWIFT CURRIE MCGHEE and HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203

s/ G. Daniel Evans
G. Daniel Evans