# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| CANDICE CHAPMAN, *et al.*, | ) | |
|    Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No.: |
|  | ) | 2:15-cv-00125-RCL-WC |
| THE CITY OF CLANTON, JUDICIAL | ) | |
| CORRECTION SERVICES, LLC, CHC | ) | |
| COMPANIES, INC., and CORRECT | ) | |
| CARE SOLUTIONS, LLC, | ) | |
|    Defendants. | ) | |

## ANSWER BY CHC COMPANIES, INC. AND CORRECT CARE SOLUTIONS, LLC TO PLAINTIFFS' SECOND AMENDED AND RESTATED COMPLAINT

COMES NOW the Defendant improperly named as "CHC Companies, Inc." the correct legal name of which is CHC Companies, LLC (herein after "CHC Cos.") and Defendant Correct Care Solutions, LLC (herein after "CCS") and answers Plaintiffs' Second Amended and Restated Complaint (Doc. 74) as follows and asserts the following defenses:

### Jurisdiction

1.     CHC Companies and Correct Care Solutions admit this Court has subject matter jurisdiction, but deny the Plaintiffs are entitled to any relief under 42 U.S.C. § 1983 and § 1988.

2.     CHC Companies and Correct Care Solutions admit this Court has subject matter jurisdiction, but deny the Plaintiffs are entitled to any relief under 42 U.S.C. § 1983.

3.     No response is due from CHC Companies and Correct Care Solutions to the statement contained in Paragraph 3.

4.     Admitted.

## Parties to the Complaint

5-9.     Admitted based on information and belief.

10.     No response is due from CHC Companies and Correct Care Solutions to the putative classes the Plaintiffs seek to represent; however, to the extent a response is required, CHC Companies and Correct Care Solutions deny the allegations in paragraph 10.

11-12.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

13.     CHC Companies and Correct Care Solutions admit that CHC Companies, Inc. is a foreign corporation formed in Delaware and doing business in Alabama.  The remainder of the paragraph is denied.

14.     CHC Companies and Correct Care Solutions admit that Correct Care Solutions is a foreign corporation formed in Kansas and doing business in

2

Alabama.  CHC Companies and Correct Care Solutions admit that Correct Care Solutions's headquarters is in Nashville, Tennessee.  The remainder of this paragraph is denied.

## Facts

15-19.    Denied.

20.   The agreement speaks for itself.  Any inconsistent allegations are denied.

21-31.    Denied.

32-33.    CHC Companies and Correct Care Solutions lack knowledge or sufficient information to form a belief about the truth of the allegations, so the allegations are denied.

34-46.    Denied.

## The Plaintiffs

47.   Denied.

**Candice Chapman**

48.   Admitted based on information and belief.

49-50.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

51-53.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

54.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

55-57.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

58.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

59-61.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

62-63.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

64.     Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

65.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

66.     Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

67-68.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

69-72.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information

sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

**Michael Littlefield**

73.    Admitted based on information and belief.

74-75.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

76-79.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

80-82.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

83-85.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

86-87.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

88.     Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

89-90.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

91-92.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

93-94.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

95.     Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to

form a belief about the truth of the remaining allegations, so those allegations are denied.

96-97.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

98.    Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

**Stedman Kine**

99.    Admitted based on information and belief.

100-102.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

103-107.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

108-109.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

110-113.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

114.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

115.  Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

116-120.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

121-124.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information

sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

125-131.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

132-134.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

135.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

136-138.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

139-140.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

141-143.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

144-148.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

149.    Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

150-151.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

152.    Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

**DeAngelo Barnett**

153.    Admitted based on information and belief.

154-156.     CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

157-162.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

163.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

164-167.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

168.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

169-170.     Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information

sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

171.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

172-176.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

177-178.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

179-180.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

**Tracy Dubose**

181.   Admitted based on information and belief.

182-187.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information

sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

188.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

189-191.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## Plaintiffs' Class Allegations

192.  CHC Companies and Correct Care Solutions deny the claims should be certified as a class action.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

193-194.   Denied.

195.  Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

196-198.   Denied.

199-201.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## **Count One – Denial of Due Process City of Clanton**

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

202.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

203.   Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

204.   The agreement speaks for itself.   CHC Companies and Correct Care Solutions lack knowledge or sufficient information to form a belief about the truth of the allegations, so the allegations are denied.

205-206. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

207-209.    No response is due from CHC Companies or Correct Care Solutions to the allegations in these paragraphs; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of these paragraphs.

210.   Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

211-212.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

213.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

214-225.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

226.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

227-228.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

229.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

230.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

231.   Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

232-234.    CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

17

235.   Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## Count Two – Denial of Due Process by JCS

CHC Companies and Correct Care Solutions incorporates by reference the previous answers and denials as if fully stated herein.

236-240.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

241.   The agreement speaks for itself.  CHC Companies and Correct Care Solutions lack knowledge or sufficient information to form a belief about the truth of the allegations so the allegations are denied.

242-246.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

247-248.   Denied.

249.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

250-268.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Three – Violation of the Fourth Amendment City of Clanton

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

269.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

270-271.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

272.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

273.   Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

274.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

275-277.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

278-279.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

## Count Four – Violation of the Fourth Amendment JCS

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

280-282.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information

sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

283. Alabama Code Section 15-18-62 speaks for itself and any characterization thereof is denied. The remaining allegations of this paragraph are denied.

284-285. Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

286. No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

287-290. Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## **Count Five – Violation of the Sixth Amendment City of Clanton**

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

291.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

292-307.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Six – Violation of the Sixth Amendment JCS

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

308-322.   Denied.

### Count Seven – Violation of the Eighth Amendment City of Clanton

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

323-324.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

325.  The Eighth Amendment speaks for itself and any characterization thereof is denied.  The remaining allegations of the paragraph are denied.

326.   Alabama Code Section 13A-5-12(a)(3) and Section 15-22-54(a) speak for themselves and any characterization thereof is denied.   The remaining allegations of this paragraph is denied.

327.   Alabama Code Section 15-18-62 speaks for itself and any characterization thereof is denied.   The remaining allegations of this paragraph is denied.

328.   Alabama Code Section 15-18-62 speaks for itself and any characterization thereof is denied.   The remaining allegations of this paragraph is denied.

329.   Rule 26.11 of the Alabama Rules of Civil Procedure speaks for itself and any characterization thereof is denied.   The remaining allegations of this paragraph is denied.

330-331.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

332-334.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

335-337.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## Count Eight – Violation of the Eighth Amendment by JCS

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

338-339.    Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

340.   The Eighth Amendment speaks for itself and any characterization thereof is denied.  The remaining allegations of the paragraph are denied.

341.   Alabama Code Section 13A-5-12(a)(3) and Section 15-22-54(a) speak for themselves and any characterization thereof is denied.   The remaining allegations of this paragraph is denied.

342.   Alabama Code Section 15-18-62 speaks for itself and any characterization thereof is denied.  The remaining allegations of this paragraph is denied.

343.   Alabama Code Section 15-18-62 speaks for itself and any characterization thereof is denied.  The remaining allegations of this paragraph is denied.

344-353.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## **Count Nine – Denial of Equal Protection City of Clanton**

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

354.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

355.   Denied as to CHC Companies and Correct Care Solutions.  CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

356.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

357.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

358.   Denied as to CHC Companies and Correct Care Solutions.   CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

359-361.   No response is due from CHC Companies or Correct Care Solutions to the allegations in this paragraph; however, to the extent a response is due, CHC Companies and Correct Care Solutions deny the allegations of this paragraph.

362-364.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## Count Ten – Violation of Equal Protection JCS

CHC Companies and Correct Care Solutions incorporate by reference the previous answers and denials as if fully stated herein.

365-378.   Denied as to CHC Companies and Correct Care Solutions. CHC Companies and Correct Care Solutions lack knowledge or information

sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Eleven – Declaratory and Injunctive Relief JCS and Clanton

379-399.    This count was dismissed by the Court and no response is required. *See* Docs. 100-101.

### General Denial

CHC Companies and Correct Care Solutions deny any factual, legal or mixed allegations in the Second Amended and Restated Complaint not specifically admitted in this answer.

### Affirmative Defenses

1.    The Second Amended and Restated Complaint and each claim therein fail to state claims upon which relief can be granted.

2.    Plaintiffs failed to state injuries or damages caused by CHC Companies and/or Correct Care Solutions which violated Plaintiffs' constitutional rights.

3.    Plaintiffs failed to fulfill conditions precedent to bringing suit against CHC Companies and Correct Care Solutions.

4.    Some or all of the Plaintiffs' claims are barred by the statute of limitations, waiver, estoppel, laches, acquiescence, and accord and satisfaction.

5.    The claims are barred by untimely or late notice.

6.     Plaintiffs' alleged damages were caused by their failure to mitigate those damages through the exercise of reasonable diligence.

7.     CHC Companies and Correct Care Solutions plead set-off and recoupment.

8.     CHC Companies and Correct Care Solutions plead the doctrine of unclean hands.

9.     The Plaintiffs failed to join indispensable parties, including, but not limited to, the State of Alabama.

10.    CHC Companies and Correct Care Solutions plead qualified, judicial, and/or discretionary function immunity.

11.    Plaintiffs are guilty of negligence, wantonness, recklessness and intentional acts or criminal acts which proximately caused or contributed to the injuries or damages claimed.

12.    Plaintiffs' Complaint should be dismissed in there is no evidence of a policy or practice adopted by CHC Companies and/or Correct Care Solutions which violate the Plaintiffs' constitutional rights nor does CHC Companies or Correct Care Solutions have a policy or custom which is unconstitutional.

13.    CHC Companies and Correct Care Solutions deny any guilt or wrongful conduct giving rise to the stated cause(s) of action in the Complaint.

14.    Plaintiffs' claims for the recovery or punitive damages are barred by Ala. Code § 6-11-27.

15.    Plaintiffs are not entitled to punitive damages and that the award of punitive damages would violate the Fourth, Fifth, Sixth, Eleventh, and Fourteenth Amendments of the Constitution of the United States and Article 1 §§ 6, 10, 11, 15, 22, 35, 36, and 43 of the Constitution of Alabama (1901).

16.    Plaintiffs' Second Amended and Restated Complaint fails to state a claim upon which relief can be granted for punitive damages.

17.    Plaintiffs' claims for the recovery of punitive damages are barred by Ala. Code §§ 6-11-20, et seq., and § 11-93-2.

18.    Unless expressly admitted, CHC Companies and Correct Care Solutions deny each allegation in the Second Amended and Restated Complaint and demand strict proof thereof.

19.    CHC Companies, Inc. and Correct Care Solutions deny that they owed any duty to the Plaintiffs.

20.    The Plaintiffs' damages, if any, resulted from a superceding, intervening cause and not by any act or omission of CHC Companies and/or Correct Care Solutions.

21.    CHC Companies and Correct Care Solutions plead not guilty.

22.    Plaintiffs lack standing to assert some or all of the claims.

23.     This lawsuit is not manageable as a class action.

24.     CHC Companies and Correct Care Solutions deny that there are common questions of law and fact affecting members of the purported class.

25.     Plaintiffs' and the purported class members' claims are barred in whole or in part by consent.

26.     Plaintiffs and the purported class members either pled or were found guilty of all offenses leading to their probation; therefore, any of Plaintiffs' and purported class members' claims originating from facts or circumstances related to their probation lack merit and are barred.

27.     Plaintiffs' and the purported class members' injuries, if any, were caused solely by acts or omissions of persons or entities other than CHC Companies and/or Correct Care Solutions who are not and were not employees or agents of CHC Companies and/or Correct Care Solutions and whose acts or omissions CHC Companies and Correct Care Solutions are not responsible and which did not occur in connection with direct or indirect contractual relationship with CHC Companies and Correct Care Solutions.

28.     Plaintiffs' claims are barred by the *Younger* abstention doctrine. *Younger v. Harris*, 401 U.S. 37 (1971).

29.    CHC Companies' and Correct Care Solutions's actions or inactions are not the proximate cause of Plaintiffs' or the purported class members' alleged damages.

30.    Plaintiffs and the purported class members have failed to show the likelihood of irreparable harm.

31.    Plaintiffs failed to meet conditions precedent to bring this lawsuit.

32.    There is no affirmative link or causal connection between any of CHC Companies's and Correct Care Solutions's alleged policies, customs, or practices and Plaintiffs' and the purported class members' alleged injuries or damages.

33.    This action may not be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

34.    Plaintiffs and the purported class cannot satisfy the prerequisites for class certification and therefore cannot represent the interest of others.

35.    This lawsuit cannot be maintained as a class action because individual questions of law and fact predominate, including, but not limited to, each person's alleged damages are different and subject to different defenses and mitigating circumstances.

36.    CHC Companies and Correct Care Solutions deny that a class action is superior to all available methods for a fair and efficient adjudication of this controversy.

37.     CHC Companies and Correct Care Solutions deny that there are common questions of law and fact affecting members of the purported class.

38.     Certification of the class, as applied to the facts and circumstances of this case, would constitute a denial of CHC Companies's and Correct Care Solutions's due process rights, both substantive and procedural, in violation of the Fourteenth Amendment of the United States Constitution and the Alabama Constitution of 1901.

39.     The voluntary payment doctrine bars Plaintiffs' claims and the class action claims.

40.     Plaintiffs and the purported class members' cannot prove the elements of any of their claims.

41.     CHC Companies and Correct Care Solutions deny that they claims of the individual Plaintiffs are typical of the claims of the proposed class and that the defenses to the action are also on grounds generally applicable to the proposed class.

42.     Plaintiffs willfully failed to comply with the terms of probation, even when able to do so.

43.     CHC Companies and Correct Care Solutions adopt and incorporate by reference as if fully set forth herein all affirmative defenses asserted by other defendants in this case, to the extent that those affirmative defenses are not

inconsistent with the answers, denials, and affirmative defenses asserted by these defendants.

44.    CHC Companies and Correct Care Solutions reserve the right to assert any further additional defenses that may be developed during the course of discovery in this matter.

RESPECTFULLY SUBMITTED,

DATED: May 9, 2017                 */s/ F. Lane Finch, Jr.*
                                   F. Lane Finch, Jr. (ASB-0027-I58F)
                                   Brian C. Richardson (ASB-5241-H14U)
                                   *Attorneys for CHC Companies, LLC and*
                                   *Correct Care Solutions, LLC*

**OF COUNSEL:**
**Swift, Currie, McGhee and Hiers, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
Telephone: (205) 314-2401
Facsimile: (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following attorneys of record:

William M. Dawson, Jr.
DAWSON LAW OFFICE
1736 Oxmoor Road
Birmingham, AL 35209

G. Daniel Evans
Alexandria Parrish
Maurine C. Evans
THE EVANS LAW FIRM, PC
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209

Joseph M. McGuire
McGuire & Associates, LLC
31 Clayton Street
Montgomery, AL 36104

Matthew S. Swerdlin
1736 Oxmoor Road, Suite 101
Homewood, AL 35209

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE JORDAN RATLIFF &
BRANDT, LLC
P. O. Box 530910
Birmingham, AL 35253

L. Conrad Anderson, IV
Gregory C. Cook
Ginny Willcox Leavens
Chase T. Espy
Christopher Knox Friedman
Will Tankersley, Jr.
BALCH & BINGHAM, LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203

Richard W. Kinney
James W. Porter, II
PORTER, PORTER & HASSINGER
P.O. Box 128
Birmingham, AL 35201

_/s/ F. Lane Finch, Jr._____
OF COUNSEL

34