IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDICE CHAPMAN, MICHAEL LITTLEFIELD, )<br>STEDMAN KINE, DEANGELO BARNETT, TRACY )<br>DUBOSE, individually and for a class of )<br>similarly situated persons or entities. )<br>)<br>    Plaintiffs; )<br>v. )<br>)<br>THE CITY OF CLANTON, a municipal corporation; )<br>JUDICIAL CORRECTION SERVICES, LLC., )<br>a limited liability company, f/d/b/a )<br>JUDICIAL CORRECTION SERVICES, INC.; )<br>CHC COMPANIES, INC., a corporation; )<br>and CORRECT CARE SOLUTIONS, LLC, )<br>a limited liability company. )<br>)<br>    Defendants. ) | CIVIL ACTION NO:<br>2:15-cv-125 -RCL<br><br>CLASS ACTION |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO LIFT STAY**

Come now the Plaintiffs in the above-styled cause and make this reply to the City's response (104) to the Motion to Lift the Stay.

In light of the City's response, the Plaintiffs will promptly undertake to schedule a planning meeting on May 19, 2017. This complaint has been pending for many months about which the Defendants are thoroughly familiar, and about which their clients have no doubt been informed, such that this most recent delay seems without justification. In hopes of avoiding a similar reoccurrence and in light of the City's response, the Plaintiffs request that the Court issue an order lifting the stay of discovery by consent effective May 19, 2017.

                                              RESPECTFULLY SUBMITTED,

                                              s/ G. Daniel Evans

G. Daniel Evans
ASB-1661-N76G
Alexandria Parrish
ASB-2477-D66P
Maurine C. Evans
ASB-4168-P16T
Attorneys for the Plaintiffs
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone:  (205) 870-1970
Fax: (205) 870-7763
E-Mail: gdevans@evanslawpc.com
E-Mail: ap@evanslawpc.com
E-Mail: mevans@evanslawpc.com

William M. Dawson
ASB-3976-S80W
Attorney for the Plaintiffs
Dawson Law Office
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone:  205-795-3512
E-Mail:  bill@billdawsonlaw.com

Matt Swerdlin
ASB-9090-M74S
1736 Oxmoor Road
Birmingham, AL 35209
Phone: 205-795-3517
Mobile: 205-440-3214
Email: matt@attorneyswerdlin.com

Joseph Mitchell McGuire
ASB-8317-S69M
McGuire and Associates
31 Clayton Street
Montgomery, AL 36104
Phone: 334-517-1000

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 15, 2017, I electronically filed the foregoing Plaintiffs' Reply in Support of Motion to Lift Stay with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Porter, II
R. Warren Kinney
Porter, Porter & Hassinger, P.C.
P.O. Box 128
Birmingham, AL 35201-0128

Will Hill Tankersley
Gregory C. Cook
L. Conrad Anderson IV
Chase T. Espy
Balch & Bingham LLP
1901 6th Ave. N., Ste. 1500
Birmingham, AL 35203

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE, JORDAN, RATLIFF and BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

Lane Finch
Brian C. Richardson
SWIFT CURRIE MCGHEE and HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203

                                                s/ G. Daniel Evans
                                                G. Daniel Evans