UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDICE CHAPMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-125 (RCL) |
| ) | |
| THE CITY OF CLANTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is a Motion [103] by plaintiffs to lift stay in this case [59]. The Motion is unopposed by the defendants. The plaintiffs' Motion to Lift Stay [103] is therefore GRANTED.

IT IS SO ORDERED this 20th day of July, 2018.

Royce C. Lamberth
United States District Judge