## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CANDICE CHAPMAN, et al,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:** |
| | ) | |
| | ) | **2;15-cv-00125-RCL** |
| **THE CITY OF CLANTON,** | ) | |
| **ALABAMA, et al.** | ) | |
| **Defendants.** | ) | |

## COUNSEL'S MOTION TO WITHDRAW

## FROM REPRESENTING ONE PLAINTIFF

The undersigned counsel of record for plaintiffs Chapman, Littlefield and Kline, moves for an order allowing his withdrawal from further representation of plaintiff CANDICE CHAPMAN, and as grounds:

1. Plaintiff Chapman has failed to cooperate with counsel in completing matters of defense and discovery and has not maintained contact for representation.

2. Plaintiff Chapman has been advised of the need to participate in the pursuit of this matter and has been notified of pending withdrawal and of her need to secure other legal representation if she desired to pursue her interest in this matter. Counsel has received no response and seeks to withdraw from her representation.

RESPECTFULLY SUBMITTED,

 /s/ Donald  L. Colee

Attorney for the Plaintiff
Donald L. Colee, Jr.
 1275 Center Point Parkway
Birmingham, AL 35215
205 592-4332
Don.colee@att.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the  10th        day of   September  , 2019, I E-
filed this Motion to withdraw to all counsel of record, and have mailed a copy of the
said Motion to Candice Chapman, at 558 County Road 122, Jemison AL 35085.

/s/ Donald L. Colee