IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CANDICE CHAPMAN, et al. </br> Plaintiffs, </br> v. </br> THE CITY OF CLANTON, et al., </br> Defendants. | ) </br> ) </br> ) </br> ) </br> )  2:15-CV-125-RCL-WC </br> ) </br> ) </br> ) </br> ) |

**CITY OF CLANTON'S OPPOSITION TO MOTION TO WITHDRAW
AS PLAINTIFF CANDICE CHAPMAN'S COUNSEL**

Defendant The City of Clanton ("Clanton") hereby files its opposition to attorney Donald L. Colee's ("Colee") Motion to Withdraw as counsel for Plaintiff Candice Chapman. (Doc. 132.) In support, Clanton states as follows:

Introduction

Since this case began, Plaintiff Candice Chapman has had four different lawyers appear on her behalf, all of whom have subsequently sought to withdraw as her counsel. Despite that Ms. Chapman has had competent representation, as her counsel explains in the Motion to Withdraw, she has **"failed to cooperate with counsel in completing matters of defense and discovery and "has not maintained contact for representation."** (Doc. 132, ¶ 1.) Ms. Chapman's present counsel, Mr. Colee, now seeks to continue the trend of withdrawal.

In keeping with the December 19, 2019 discovery deadline, Clanton issued discovery to Ms. Chapman (that remains unanswered) and Ms. Chapman is scheduled to be deposed on September 26, 2019. Allowing Mr. Colee to withdraw without the appearance of new counsel for Ms. Chapman, or allowing Ms. Chapman to remain in this case for any length of time without counsel at this late juncture, will undermine (and likely make impossible) the deadlines set by the Court in this case.

Although Mr. Colee appears justified in his desire to withdraw, as his client is not engaging in the litigation and discovery process and will not communicate with him (Doc. 132, ¶ 1) , Clanton respectfully submits he should not be allowed to do so unless and until new counsel for Ms. Chapman appears, and that Ms. Chapman should be ordered to obtain new counsel within seven (7) days, and if she does not she should be dismissed from this case.

<u>Argument</u>

When this case began, attorneys Matt Swerdlin, William M. Dawson, and Joseph M. McGuire represented Ms. Chapman (and the other Plaintiffs). (Doc. 1.) On April 27, 2017 and January 18, 2018, G. Daniel Evans, Alexandria Parrish, and Maurine C. Evans of The Evans Law Firm, P.C. (the "Evans Attorneys") entered Notices of Appearance and began representing Plaintiffs Tracy Dubose and

1646212.2

Deangelo Barnett. (Docs. 62-63, 83.)¹ On September 9, 2018, Mr. McGuire filed a Motion to Withdraw as attorney for all Plaintiffs. (Doc 113.) On June 21, 2019, Mr. Dawson and Mr. Swerdlin also filed Motions to Withdraw as attorneys for all Plaintiffs. (Docs. 117-118, 119.). The Court granted the Motions to withdraw on July 29, 2019, only <u>after</u> Mr. Colee filed a Motion to Appear *Pro Hac Vice* on behalf of Ms. Chapman, Michael Littlefield, and Stedman Kine. (Docs. 124, 126.) Mr. Colee has now filed a Motion to Withdraw as Ms. Chapman's counsel. (Doc. 132.)

As it presently stands, Ms. Dubose and Mr. Barnett are represented by the Evans Attorneys and Ms. Chapman, Mr. Littlefield, and Mr. Kine are represented by Mr. Colee, and Mr. Colee seeks to withdraw as Ms. Chapman's counsel (only).

On June 20, 2019, this Court entered an Order directing the parties to submit a discovery plan providing for a discovery end-date of December 19, 2019 and a dispositive motion deadline of January 20, 2020. (Doc. 116.) In accordance with this Order, the parties submitted a Rule 26(f) Report with these deadlines, which the Court adopted on July 8, 2019. (Docs. 120, 123.) In light of the December discovery deadline, the parties have been exchanging discovery requests and

---

¹ Although the Notices of Appearance are ambiguous as to which Plaintiffs the Evans Attorneys represent, Clanton understands from Mr. Evans that he believes that the Evans Attorneys have never represented, and do not currently represent, Ms. Chapman. Indeed, in filings and discovery pleadings, the Evans Attorneys have represented that the only Plaintiffs they represent are Tracy Dubose and Deangelo Barnett. *See, e.g.*, Doc. 120 (7/30/19 Rule 26 Report).

responses,[2] and are prepared to take the depositions of the Plaintiffs—except for Ms. Chapman, who has not answered discovery and, according to her attorney, "has not maintained contact for representation." (Doc. 132.)

Mr. Colee has not provided any details regarding how he attempted to contact Ms. Chapman; although, presumably in the same manner and means as the Court and/or JCS tried to reach Ms. Chapman, to no avail. As Ms. Chapman has failed to appear on numerous occasions before the Clanton Municipal court and/or JCS in connection with her JCS probations and court cases,[3] so has she now failed to substantially participate in this litigation.

The City of Clanton issued written discovery to Ms. Chapman (Interrogatories and Requests for Production) on July 17, 2019 and received no responses, leading to the City's repeated calls, emails, and letters to obtain such documents and, finally, to a Motion to Compel that remains pending before this Court. (Doc. 131.)  It was during these repeated efforts by Clanton that Mr. Colee first alerted Clanton to his intention to withdraw.[4]  In response, Mr. Colee informed Clanton's counsel that he would be withdrawing as her attorney.  Mr. Colee's

---

[2] White the other Plaintiffs have responded to discovery, Clanton is in the process of reviewing the sufficiency of Plaintiffs' responses. Nothing herein should be construed to imply that written discovery (and any disputes related thereto) has been completely resolved.

[3] This is according to Court and/or JCS records that have been produced in this case.

[4] To date, despite two emails and a telephone conversation with Mr. Colee, Ms. Chapman's discovery response are almost three weeks overdue, and her deposition is just shy of three weeks away.

Motion to Withdraw clarifies that he is seeking with withdraw because his client w **"failed to cooperate with [him] in completing matters of defense and discovery and "has not maintained contact for representation.** (Doc. 132.)

Clanton does not aim this response as Ms. Chapman's counsel, rather at Ms. Chapman who is flaunting the Federal Rules of Civil Procedure, Your Honor's Scheduling Order, and her obligations in this case.  Ms. Chapman has had willing and able counsel to represent her since the beginning of this case, and not one attorney has been able to maintain their representation. Ms. Chapman should not be allowed the luxury of continuing on the counsel carousel when her discovery responses are over three weeks late, her deposition is scheduled for September 26, 2019, and discovery closes December 19, 2019. To allow Mr. Colee to withdraw, without new counsel appearing first (and imminently), will undermine (and likely make impossible) the deadlines set by the Court in this case.

For these reasons, Clanton respectfully opposes Mr. Colee's Motion to Withdraw, and submits that it should not be granted unless and until substitute counsel appears on her behalf. Clanton further respectfully requests that this Court enter an Order requiring new counsel for Ms. Chapman to appear within seven (7) business days and, if such counsel should not appear, dismiss Ms. Chapman from this case.

Respectfully submitted this the 16th day of September, 2019.

        /s/ *Ginny Willcox Leavens*
        One of the Attorneys for The City of Clanton

**OF COUNSEL**

Will Hill Tankersley
Gregory C. Cook
L. Conrad Anderson IV
Ginny Willcox Leavens
Chase T. Espy
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
E-mail: WHT@balch.com
       gcook@balch.com
       canderson@balch.com
       gwillcox@balch.com
       cespy@balch.com


James W. Porter, II
R. Warren Kinney
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, AL 35201-0128
(205) 322-1744
jwporterii@pphlaw.net
wkinney@pphlaw.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following on this the 16th day of September:

| | |
|---|---|
| G. Daniel Evans | Donald L. Colee , Jr |
| Alexandria Parrish | Attorney at Law |
| Maurine C. Evans | 1275 Center Point Parkway |
| THE EVANS LAW FIRM, P.C. | Birmingham, AL 35215-6339 |
| 1736 Oxmoor Road, Suite 101 | |
| Birmingham, Alabama 35209 | |
| | |
| Larry S. Logsdon | F. Lane Finch, Jr. |
| Michael L. Jackson | Brian C. Richardson |
| Wesley Kyle Winborn | Swift Currie McGhee and Hiers, LLP |
| Wallace, Jordan, Ratliff, & Brandt, LLC | 2 North 20th Street, Suite 1405 |
| P.O. Box 530910 | Birmingham, AL 35203 |
| Birmingham, AL 35253 | |
| | |
| Wilson F. Green | |
| Fleenor & Green LLP | |
| 1657 McFarland Blvd. N., Ste. G2A | |
| Tuscaloosa, Alabama 35406 | |

                                                /s/ Ginny Willcox Leavens
                                                OF COUNSEL