# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CANDICE CHAPMAN, et al.**<br>    **Plaintiffs,**<br>**v.**<br>**THE CITY OF CLANTON, et al.,**<br>    **Defendants.** | )<br>)<br>)<br>)<br>) 2:15-CV-125-RCL-WC<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by the parties that the above action is due to be dismissed, with prejudice, costs taxed as paid.

Respectfully submitted this the 12th day of November, 2019.

/s/ *G. Daniel Evans (with permission)*  
G. Daniel Evans  
Alexandria Parrish  
Maurine C. Evans  
THE EVANS LAW FIRM, P.C.  
1736 Oxmoor Road, Suite 101  
Birmingham, Alabama 35209  

***Attorneys for Plaintiffs Tracy***  
***Dubose and Deangelo Barnett***

/s/*Donald L. Colee, Jr. (with permission)*  
Donald L. Colee, Jr.  
Attorney at Law  
1275 Center Point Parkway  
Birmingham, Alabama 35215-6339  

***Attorney for Plaintiffs Candice Chapman,***  
***Michael Littlefield, and Stedman Kine***  
***(n/k/a Stedman Tyrese Robinson)***

1  
2  
7792520.4

/s/ *Will Hill Tankersley*
Will Hill Tankersley
Gregory C. Cook
L. Conrad Anderson IV
Ginny Willcox Leavens
Chase T. Espy
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL  35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

/s/ *Wilson F. Green (with permission)*
Larry S. Logsdon
Michael L. Jackson
Wesley Kyle Winborn
Wallace, Jordan, Ratliff, & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N, Ste. G2A
Tuscaloosa, Alabama 35406

***Attorneys for Judicial Corrections Services, Inc.***

James W. Porter, II
R. Warren Kinney
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, AL 35201-0128
(205) 322-1744

***Attorneys for The City of Clanton***

/s/  *F. Lane Finch, Jr. (with permission)*
F. Lane Finch, Jr
Brian C. Richardson
Swift Currie McGhee and Hiers, LLP
2 North 20th Street,
Suite 1405
Birmingham, Alabama 35203

***Attorneys for Correct Care Solutions, LLC, and CHC Companies, LLC f/k/a CHC Companies, Inc.***

2

7792520.1
7792520.2
7792520.4