# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CANDICE CHAPMAN, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:15-cv-125-RCL |
| THE CITY OF CLANTON, *et al.*, | ) |
| *Defendants*. | ) |

## ORDER

Based on the Joint Stipulation of Dismissal [138], this case is hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

Date: November 19, 2019

_____
Royce C. Lamberth
United States District Court Judge